PEOPLE, APPELLEE, *v.* ANDINO, APPELLANT.

First District Court of San Juan.

No. 1872.—Decided February 13, 1922.

There was no bill of exceptions or statement of the case. The defendant was sentenced to "$75 fine or 30 days." *Held:* That a judgment imposing a fine should specify that in default of its payment the defendant shall suffer imprisonment for the corresponding term. *People* v. *López,* 13 P. R. R.

235, and *People* v. *Acuña,* 17 P. R. R. 497.  Judgment modified to sentence the defendant "to pay a fine of $75 or in default thereof to one day's imprisonment for each dollar not paid, the imprisonment not to exceed 30 days."  Mr. Chief Justice Del Toro delivered the opinion of the court.